Larry Zerner (SBN 155473)
Law Office of Larry Zerner
1801 Century Park East, Suite 2400
Los Angeles, California 90067
(310) 773-3623
Larry@ZernerLaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC, <br><br> PLAINTIFF(S) <br><br> v. <br><br> LIVING S&G, INC., a California Limited Liability Company, and DOES 1-10, Inclusive <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 5:17-CV-00035 <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):  <u>LIVING S&G, Inc., a California Corporation</u>

   A lawsuit has been filed against you.

   Within  <u> 21 </u>  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  <u>Larry Zerner</u> , whose address is <u>1801 Century Park East, Suite 2400, Los Angeles, California 90067</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____     By: _____
                                                                                       Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                    **SUMMONS**