Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiff Phoenix Entertainment Partners, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC,<br><br>   Plaintiff,<br><br> vs.<br><br>LIVING S&G, INC., a California Limited Liability Company; and DOES 1-10, Inclusive<br><br>   Defendants | Case No.: 5:17-CV-00035<br><br>NOTICE OF INTERESTED PARTIES |

  The undersigned, counsel of record for Plaintiff Phoenix Entertainment Partners, LLC certifies that the following listed people or entities have a direct,

pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Phoenix Entertainment Partners, LLC

2. Sound Choice Entertainment, LLC

3. Living S & G, Inc.

DATED: January 10, 2017                    LAW OFFICES OF LARRY ZERNER

By: <u>Larry Zerner</u>_____
    Larry Zerner
    Attorney for Plaintiff
    Phoenix Entertainment Partners, LLC