Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Phoenix
Entertainment Partners, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIVING S & G, INC., et al<br><br>Defendant. | Case No.: 5:17−cv−00035−JVS−DFM<br><br>ORDER ON DISMISSAL |

The Court, having considered the Stipulation for Dismissal filed by Plaintiff Phoenix Entertainment Partners, LLC and Defendant Living S&G Inc. and GOOD CAUSE appearing, hereby orders as follows:

Living S&G, Inc. is hereby dismissed with prejudice. each Party to bear his, her, or its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: May 17, 2017

_____
United States District Judge